| Fill in this information to identify the case |
| --- |

United States Bankruptcy Court for the:

District of **Delaware**
_(State)_

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | Basic Energy Services, Inc. |
| --- | --- | --- |

| 2. | **All other names debtor used in the last 8 years** | BES Holding Co. |
| --- | --- | --- |
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | **Debtor's federal Employer Identification Number** (EIN) | 54-2091194 |
| --- | --- | --- |

4. **Debtor's address**

**Principal place of business**

801 Cherry Street, Suite 2100
Number        Street

Fort Worth    Texas    76102
City        State    ZIP Code

Tarrant
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City        State    ZIP Code

| 5. | **Debtor's website** (URL) | www.basicenergyservices.com |
| --- | --- | --- |

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

WEIL:\95853343\13\22010.0003

Debtor    Basic Energy Services, Inc.                                    Case number (if known)
Name

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
2131 – Oil & Gas Field Services

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement  of operations, cash-flow statement, and federal income tax return or if all of these  documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the  Securities and Exchange Commission according to § 13 or 15(d) of the Securities  Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing  for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule  12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than  2 cases, attach a separate list.

☒ No

☐ Yes    District _____ When _____ Case number _____
                                            MM/ DD/ YYYY

              District _____ When _____ Case number _____
                                            MM / DD/ YYYY

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes    Debtor    _See attached Schedule 1_    Relationship _____

              District _____ When _____

              Case number, if known _____    MM / DD/ YYYY

---

Official Form 201                    Voluntary Petition for Non-Individuals Filing for Bankruptcy                    Page 2

| Debtor | Basic Energy Services, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

| Number | Street |
|---|---|

| City | State | ZIP Code |
|---|---|---|

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact Name _____

Phone _____

---

| **Statistical and administrative information** |
|---|

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

**(on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☒ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

**(on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

**(on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

WEIL:\95853343\13\22010.0003

Debtor   Basic Energy Services, Inc.                                    Case number (if known) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **10/25/2016**
                 MM / DD / YYYY

X _____          David C. Johnston
Signature of authorized representative of debtor          Printed name

Chief Restructuring Officer
Title

**18. Signature of attorney**

X _____     Date  **10/25/2016**
Signature of attorney for debtor                      MM / DD / YYYY

Daniel J. DeFranceschi                          Ray C. Schrock, P.C.
Printed Name

Richards, Layton & Finger, P.A.                 Weil, Gotshal & Manges LLP
Firm Name

920 North King Street                           767 Fifth Avenue
Number          Street

Wilmington, DE 19801                            New York, NY 10153
City/State/Zip

(302) 651-7700                                  (212) 310-8000
Contact phone

defranceschi@rlf.com                            Ray.Schrock@weil.com
Contact email address

2732            DE
Bar Number      State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and its Affiliates

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**").  A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.  Additional information about the relationship between each entity is contained in the *Declaration of David C. Johnston in Support of the Debtors' Chapter 11 Petitions and Related Requests for Relief*, filed contemporaneously herewith.

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Basic Energy Services, Inc. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Basic Energy Services GP, LLC | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Basic Energy Services LP, LLC | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Basic Energy Services, L.P. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Basic ESA, Inc. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Chaparral Service, Inc. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| SCH Disposal, L.L.C. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Sledge Drilling Corp. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Admiral Well Service, Inc. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Basic Marine Services, Inc. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| JS Acquisition LLC | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Permian Plaza, LLC | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Maverick Coil Tubing Services, LLC | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| First Energy Services Company | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| JetStar Holdings, Inc. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Xterra Fishing & Rental Tools Co. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Maverick Solutions, LLC | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| LeBus Oil Field Service Co. | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Acid Services, LLC | 16-_____( ) | October 25, 2016 | Delaware | Pending |
| Taylor Industries, LLC | 16-_____( ) | October 25, 2016 | Delaware | Pending |

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Maverick Stimulation Company, LLC | 16-_____(  ) | October 25, 2016 | Delaware | Pending |
| Globe Well Service, Inc. | 16-_____(  ) | October 25, 2016 | Delaware | Pending |
| JetStar Energy Services, Inc. | 16-_____(  ) | October 25, 2016 | Delaware | Pending |
| Platinum Pressure Services, Inc. | 16-_____(  ) | October 25, 2016 | Delaware | Pending |
| Maverick Thru-Tubing Services, LLC | 16-_____(  ) | October 25, 2016 | Delaware | Pending |
| MCM Holdings, LLC | 16-_____(  ) | October 25, 2016 | Delaware | Pending |
| MSM Leasing, LLC | 16-_____(  ) | October 25, 2016 | Delaware | Pending |
| The Maverick Companies, LLC | 16-_____(  ) | October 25, 2016 | Delaware | Pending |

Official Form 201A (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
--------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
BASIC ENERGY                              :    Case No. 16-_____ (___)
SERVICES, INC.,                           :
                                          :
                Debtor.                   :
                                          :
--------------------------------------------------------x
```

**Attachment to Voluntary Petition for Non-Individuals Filing for**
**Bankruptcy under Chapter 11**

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __**001-32693**__

2.  The following financial data is the latest available information and refers to the debtor's condition on __**June 30, 2016**__

   a. Total assets                                          $ 1.078 billion

   b. Total debts (including debts listed in 2.c., below)   $ 1.141 billion

   c. Debt securities held by more than 500 holders

| | | | | Approximate number of holders |
|---|---|---|---|---|
| secured ☐ | unsecured ☒ | subordinated ☐ | $475 million, in 7.75% Senior Notes 06985PAH3 | 800 |
| secured ☐ | unsecured ☒ | subordinated ☐ | $300 million, in 7.75% Senior Notes 06985PAK6 | 200 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

   d. Number of shares of preferred stock                   0 issued

   e. Number of shares common stock                         Class A: 42,758,940 shares of the registrant's Common Stock were outstanding.

Comments, if any:

_____
_____
_____

3.    Brief description of debtor's business:  The Debtor is the indirect parent of a group companies that operate the following businesses:

   a) an oilfield services business providing various well site services to over 2,000 land-based oil and natural gas producing companies.  These operations include completion and remedial services, fluid services, well servicing, and contract drilling, and are regionally managed from over 100 locations, located in Texas, New Mexico, Oklahoma, Arkansas, Kansas, Louisiana, Wyoming, North Dakota, Colorado, Utah, Montana, West Virginia, California, Ohio, and Pennsylvania; and

   b) a design and manufacturing business that sells oilfield equipment for customers worldwide.

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: To the best of the Debtor's knowledge and belief based on third party information, as described below, as of October 11, 2016, no person or entity other than those entities set forth in the chart below directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the securities of the Debtor.

| Shareholder | Shares Held | Percent of Common Shares Outstanding |
|---|---|---|
| Fine Capital Partners, L.P.[1] | 3,835,004 | 9.1% |
| TPH Asset Management[2] | 2,743,020 | 6.5% |
| Dimensional Fund Advisors L.P.[3] | 2,490,350 | 6.2% |

---

[1] Based solely on information provided on Form 4 filed by Fine Capital Partners, L.P. with the SEC on March 9, 2016.  Fine Capital reported shared voting power as to 3,835,004 shares and shared dispositive power as to all 3,835,004 shares.

[2] Based solely on information provided on Schedule 13F-HR filed by TPH Asset Management with the SEC on February 16, 2016.  TPH reported sole voting power as to 2,743,020 shares and sole dispositive power as to all 2,743,020 shares.

[3] Based solely on information provided on Schedule 13G filed by Dimensional Fund Advisors L.P. with the SEC on February 9, 2016.  Dimensional reported sole voting power as to 2,490,350 shares and sole dispositive power as to all 2,606,724 shares.

## CERTIFICATE OF RESOLUTIONS

October 24, 2016

The undersigned, Alan Krenek, an Authorized Officer of Basic Energy Services, Inc. (the "**Company**"): hereby certifies as follows:

A.  I am a duly qualified and elected officer of the Company and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Company;

B.  Attached hereto is a true, complete and correct copy of the Resolutions adopted by the Board of Directors in accordance with the Company's bylaws or other organizational documents, as applicable; and

C.  Such resolutions have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof.  There exist no other subsequent resolutions relating to the matters set forth in the resolutions attached hereto.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the date first written above.

By:   _____

Name:  Alan Krenek
Title:   Secretary

### RESOLUTIONS OF THE BOARD OF DIRECTORS OF
### <u>BASIC ENERGY SERVICES, INC.</u>

Effective as of this 24th day of October, 2016, pursuant to a special meeting on the same date, a unanimous vote of the members of the board of directors (the "**Board of Directors**") of Basic Energy Services, Inc. (the "**Company**"), a Delaware corporation, upon a motion duly made and seconded and acting pursuant to the Company's organizational documents, took the following actions and adopted the following resolutions:

**WHEREAS**, the Board of Directors of the Company has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Company regarding the liabilities and liquidity of the Company, the strategic alternatives available to it and the impact of the foregoing on the Company's businesses;

**WHEREAS**, the Board of Directors has had the opportunity to consult with the management and the legal and financial advisors of the Company to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Board of Directors desires to approve the following resolutions.

## I.    <u>Commencement of Chapter 11 Case</u>

**NOW, THEREFORE, BE IT RESOLVED**, that the Board of Directors has determined, after consultation with the management and the legal and financial advisors of the Company, that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it further

**RESOLVED**, that any officer of the Company, including, without limitation, the Chief Restructuring Officer (each, an "**Authorized Officer**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Company all petitions, schedules, motions, lists, applications, pleadings, and other papers in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case (the "**Chapter 11 Case**"), including, without limitation, negotiating, executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case; and be it further

## II.    <u>Debtor-in-Possession Financing</u>

**NOW, THEREFORE, BE IT RESOLVED**, that in connection with the Chapter 11 Case, it is in the best interest of the Company to engage in, and the Company will obtain benefits from, the lending transactions, under that certain superpriority secured debtor-in-

possession credit facility in an aggregate principal amount of $90 million to be evidenced by that certain Superpriority Secured Debtor-in-Possession Term Loan Credit Agreement, to be entered into by and among Basic Energy Services, Inc., as borrower, the lenders from time to time party thereto (the "**Lenders**") and U.S. Bank National Association, as administrative agent (in such capacity, including any successor thereto, the "**Administrative Agent**") and as collateral agent (in such capacity, including any successor thereto, the "**Collateral Agent**") for the Lenders (together with the Exhibits and Schedules annexed thereto, the "**DIP Credit Agreement**") (capitalized terms used in this section with respect to debtor-in-possession financing and not otherwise defined herein shall have the meanings ascribed to such terms in the DIP Credit Agreement), in each case subject to approval by the Bankruptcy Court, which is necessary and appropriate to the conduct, promotion and attainment of the business of the Company (the "**Debtor-in-Possession Financing**"); and be it further

RESOLVED, that the form, terms and provisions of each of (i) the DIP Credit Agreement, including the use of proceeds to provide liquidity for the Company throughout the Chapter 11 Case, substantially in the form presented to the Board of Directors (ii) the Security Agreement and (iii) any and all of the other agreements, including, without limitation, any guarantee and security agreement, certificates, documents and instruments authorized, executed, delivered, reaffirmed, verified and/or filed in connection with the Debtor-in-Possession Financing (together with the DIP Credit Agreement, collectively, the "**DIP Financing Documents**") and the Company's performance of its obligations thereunder, including the borrowings and guarantees contemplated thereunder, are hereby, in all respects confirmed, ratified and approved; and be it further

RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to negotiate and approve the terms, provisions of and performance of, and to prepare, execute and deliver the DIP Credit Agreement and any other DIP Financing Documents, in the name and on behalf of the Company under its corporate seal or otherwise, and such other documents, agreements, instruments and certificates as may be required by the Agent or required by the DIP Credit Agreement and any other DIP Financing Documents; and be it further

RESOLVED, that any Authorized Officer is hereby authorized to grant security interests in, and liens on, any and all property of the Company as collateral pursuant to the DIP Financing Documents to secure all of the obligations and liabilities of the Company thereunder to the Lenders and the Agent, and to authorize, execute, verify, file and/or deliver to the Agent, on behalf of the Company, all agreements, documents and instruments required by the Lenders in connection with the foregoing; and be it further

RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the DIP Financing Documents, which shall, in such Authorized Officer's judgment, be necessary, proper or advisable to perform the Company's obligations under or in connection with the DIP Credit Agreement or any of the other DIP Financing Documents and the transactions contemplated therein and to carry out fully the intent of the foregoing resolutions; and be it further

**RESOLVED**, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the DIP Credit Agreement and/or any of the DIP Financing Documents which shall, in such Authorized Officer's sole judgment, be necessary, proper or advisable; and be it further

## III.    Retention of Advisors

**RESOLVED**, that the firm of Moelis & Company LLC, located at 399 Park Avenue, 5th Floor, New York, NY 10022, is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, NY 10153, is hereby retained as attorneys for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, 12th Floor, New York, NY 10017, is hereby retained as claims, noticing and solicitation agent for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the law firm of Richards, Layton & Finger, P.A, located at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, is hereby retained as co-counsel for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

## IV.    Approval of Actions of Subsidiaries

**RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of certain of the Company's direct and indirect subsidiaries for such entity or entities to take any and all action, including authorizing a filing in the Bankruptcy Court, and to execute and deliver all documents, agreements, motions and pleadings as are necessary, proper, or desirable to enable such subsidiary to carry out the filing in the Bankruptcy Court contemplated hereby, including granting any director, officer, or other authorized representative as applicable according to local law, the authority to take action in support thereof; and be it further

## V.    General Authorization and Ratification

**RESOLVED**, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Chapter 11 Case; and be it further

WEIL:\95905002\5\22010.0003

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

4

**Fill in this information to identify the case:**

Debtor Name <u>Basic Energy Services, Inc.</u>

United States Bankruptcy Court for the: District of ___<u>Delaware</u>___
(State)

Case number (if known): _____

☐　Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1　Wilmington Trust, National Association (in Its Capacity As Indenture Trustee For The 7.75% Senior Notes Due 2019) 15950 N. Dallas Parkway Suite 550 Dallas, TX 75244 | Attn: Basic Energy Services, Inc. Administrator Phone: (972) 383-3151 Fax: (302) 651-1981 Email: sgoffinet@wilmingtontrust.net | 7.75% Senior Notes Due 2019 | | $0 | $0 | $500,841,608 |
| 2　Wilmington Trust, National Association (in Its Capacity As Indenture Trustee For The 7.75% Senior Notes Due 2022) 15950 N. Dallas Parkway Suite 550 Dallas, TX 75244 | Attn: Basic Energy Services, Inc. Administrator Phone: (972) 383-3151 Fax: (302) 651-1981 Email: sgoffinet@wilmingtontrust.net | 7.75% Senior Notes Due 2022 | | $0 | $0 | $312,295,859 |
| 3　Devon Energy Production Company, L.P. P.O. Box 4616 Houston, TX 77210-4616 | Attn: Risk Management Phone: (713) 495-7087 Fax: (713) 495-7084 Email: | Contractual Indemnification | Partially Liquidated, Contingent and Disputed | $0 | $0 | $7,050,000 |
| 4　Willis Of Texas, Inc. 15305 N. Dallas Parkway, Ste. 1100 Addison, TX 75001 | Attn: Justin Struble Phone: (972) 385-9800 Fax: Email: justin.struble@willistowerswatson.com | Insurance Claim | Partially Liquidated, Contingent and Disputed | $0 | $0 | $5,500,000 |
| 5　Lansing Trade Group LLC 10975 Benson Dr. Suite 400 Overland Park, KS 66210 | Attn: Amanda Ravenscraft, Credit Manager Phone: (913) 748-4378 Fax: (913) 748-3001 Email: aravenscraft@lansingtradegroup.com | Trade Debt | Partially Liquidated | $0 | $0 | $4,773,994 |

| Debtor | Basic Energy Services, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| 6 East Texas Mack Sales LLC 2934 Hwy 31 North Longview, TX 75603 | Attn: David Carroum & Bobby Williams Phone: (903) 758-9994 Fax: (903) 758-0275 Email: david.carroum@east-texas-mack.com | Trade Debt | Partially Liquidated | $0 | $0 | $1,939,989 |
| 7 National Oilwell Varco 7909 Parkwood Circle Drive Houston, TX 77036 | Attn: Clay C. Williams Phone: (713) 346-7500 Fax: (713) 346-4493 Email: | Trade Debt | Partially Liquidated | $0 | $0 | $1,864,562 |
| 8 Chemplex Solvay Group 506 County Road 137 Snyder, TX 79549 | Attn: Office Of The General Counsel Phone: (325) 573-7298 Fax: (325) 573-3340 Email: snyder@chemplex.net | Trade Debt | Partially Liquidated | $0 | $0 | $1,600,760 |
| 9 James Tyner 3313 W. 6th St. Fort Worth, TX 76107 | Attn: James Tyner Phone: Fax: Email: jetynerjr@gmail.com | Former Employee Deferred Compensation | | $0 | $0 | $1,188,744 |
| 10 West Texas Gas 211 N. Colorado Midland, TX 79701 | Attn: Office Of The General Counsel Phone: (432) 682-4349 Fax: (830) 701-3551 Email: ssanders@westtexasgas.com | Trade Debt | Partially Liquidated | $0 | $0 | $953,719 |
| 11 Reagent Chemical & Research, Inc. 1700 S. 20th St. East Saint Louis, IL 62207 | Attn: Josh O'Neill Phone: (800) 535-9985 Fax: Email: joneill@reagentchemical.com | Trade Debt | Partially Liquidated | $0 | $0 | $629,538 |
| 12 Howard Supply Company 4100 International Plaza, Suite 850 Fort Worth, TX 76109 | Attn: Wayne Moody, CEO Phone: (817) 529-9950 Fax: (817) 529-8060 Email: internetsales@howard-supply.com | Trade Debt | Partially Liquidated | $0 | $0 | $591,410 |
| 13 Downhole Chemical Solutions LLC 2770 Main Street #161 Frisco, TX 75034 | Attn: Wayne Cutrer, CEO Phone: (469) 466-1100, (337) 654-3966 Fax: (214) 945-5910 Email: info@stimchems.com | Trade Debt | Partially Liquidated | $0 | $0 | $502,829 |
| 14 Air Liquide Industrial US 12800 West Little York Road Houston, TX 77041 | Attn: Wayne Bohannon, President Phone: (713) 896-2315, (713) 896-2359 Fax: (713) 896-2332 Email: charles.caristan@airliquide.com | Trade Debt | Partially Liquidated | $0 | $0 | $494,371 |
| 15 Helmsman Management Svc Inc P. O. Box 0569 Carol Stream, IL 60132 | Attn: John Ledbetter, Sr Account Executive Phone: (800) 320-7582 Fax: Email: john.ledbetter@helmsmantpa.com | Trade Debt | Partially Liquidated | $0 | $0 | $485,204 |
| 16 Mix Telematics N.A. Inc 750 Park of Commerce Blvd., Suite 100 Boca Raton, FL 33487-3611 | Attn: Pete Allen Phone: (877) 585-1088 Fax: (561) 994-3979 Email: pete.allen@mixtelematics.com | Trade Debt | Partially Liquidated | $0 | $0 | $451,263 |
| 17 Santrol - Division Of Technisand 3 Sugar Creek Center Blvd. Suite 550 Sugar Land, TX 77478 | Attn: Jerome Heim Phone: (713) 234-5450 Fax: (440) 285-0707 Email: jerome.heim@fairmountsantrol.com | Trade Debt | Partially Liquidated | $0 | $0 | $424,731 |

Debtor     Basic Energy Services, Inc.

Case number (if known)

Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 18 | Buzzi Unicem USA 100 Brodhead Road Bethlehem, PA 18017 | Attn: Jeff Seitz Phone: (800) 541-7734 Fax: (610) 866-9430 Email: | Trade Debt | Partially Liquidated | $0 | $0 | $387,785 |
| 19 | Bridgestone 112 North Plains Hwy. Denver, CO 79323 | Attn: Matt Light Phone: (806) 592-2152 Fax: Email: lightmatt@bfusa.com | Trade Debt | Partially Liquidated | $0 | $0 | $289,334 |
| 20 | Ranger Directional Rentals LLC 700 Northpark Central Dr., Ste 400 Houston, TX 77073 | Attn: Office Of The General Counsel Phone: (832) 680-6217 Fax: Email: info@rangerrentals.com | Trade Debt | Partially Liquidated | $0 | $0 | $287,516 |
| 21 | Hill's Specialty Company Inc 3511 Mankins Road Odessa, TX 79764 | Attn: Larry Delbosque Phone: (432) 367-9381 Fax: (432) 339-9857 Email: | Trade Debt | Partially Liquidated | $0 | $0 | $286,339 |
| 22 | Mark Rankin 420 Throckmorton #200 Fort Worth, TX 76102 | Attn: Mark Rankin Phone: Fax: Email: mark.rankin@basicenergyservices.com | Former Employee Deferred Compensation | | $0 | $0 | $278,686 |
| 23 | Cemex Inc 16501 W. Murphy Street Odessa, TX 79763 | Attn: Office Of The General Counsel Phone: (432) 385-2800 Fax: (432) 385-2808 Email: | Trade Debt | Partially Liquidated | $0 | $0 | $270,137 |
| 24 | Kerr Pumps 2214 W. 14th Street Sulphur, OK 73086 | Attn: Mark Nowell, Owner Phone: (580) 622-4207 Fax: (580) 622-4206 Email: info@kerrpumps.com | Trade Debt | Partially Liquidated | $0 | $0 | $250,904 |
| 25 | Hi Crush Partners LP Three Riverway, Suite 1350 Houston, TX 77056 | Attn: Jefferies V. Alston, III Phone: (713) 980-6200 Fax: (713) 963-0088 Email: customerservice@hicrush.com | Trade Debt | Partially Liquidated | $0 | $0 | $248,228 |
| 26 | Certex USA 1334 Loving Hwy. Graham, TX 76450 | Attn: Sharon Ayers, General Manager Phone: (432) 333-6104 Fax: Email: | Trade Debt | Partially Liquidated | $0 | $0 | $246,010 |
| 27 | Long String Pipe & Supply LLC 2739 S. Pecos Highway Carlsbad, NM 88220 | Attn: Phillip Madron, Member Phone: (575) 361-5832, (281) 667-1220 Fax: Email: ashleycoats@gulfbank.com | Trade Debt | Partially Liquidated | $0 | $0 | $242,040 |
| 28 | UniFirst Holding LP 68 Jonspin Rd. Wilmington, MA 01887 | Attn: Ronald D. Croatti, President & CEO Phone: (800) 347-7888 Fax: (512) 385-3336 Email: nacsgroup@unifirst.com | Trade Debt | Partially Liquidated | $0 | $0 | $232,555 |
| 29 | Megalodon Services Inc 1515 Tamiami Trail South, Unit 4 Venice, FL 34285 | Attn: James Covin, President Phone: (941) 882-3108 Fax: (941) 244-5226 Email: james@megalodonservices.com | Trade Debt | Partially Liquidated | $0 | $0 | $221,056 |

| Debtor | Basic Energy Services, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br><br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| 30   Texas Lehigh Cement Co LP<br>701 Cement Plant Road<br><br>Buda, TX 78610 | Attn: Office Of The General Counsel<br>Phone: (512) 295-6111<br>Fax: (512) 295-3102<br>Email: | Trade Debt | Partially Liquidated | $0 | $0 | $216,284 |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Basic Energy Services, Inc.</u>

United States Bankruptcy Court for the District of <u>Delaware</u>
                                                    (State)

Case number (If known): _____

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ____

☑ Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>10/25/ 2016</u>                 × _____
             MM/DD/YYYY                          Signature of individual signing on behalf of debtor

                                                 <u>David C. Johnston</u>
                                                 Printed name

                                                 <u>Chief Restructuring Officer</u>
                                                 Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------x
                                   :
In re                              :    Chapter 11
                                   :
BASIC ENERGY                       :    Case No. 16-_____ (___)
SERVICES, INC.,                    :
                                   :
            Debtor.                :
                                   :
------------------------------------------------------x
```

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to the Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1 and

Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States

Bankruptcy Court for the District of Delaware, Basic Energy Services, Inc. ("***Basic Parent***") and

certain of its subsidiaries and affiliates, as debtors and debtors in possession in the above-

captioned chapter 11 cases (collectively with Basic Parent, the "***Debtors***"), respectfully

represent:

1.      To the best of the Debtors' knowledge and belief, based on third party

        information and publicly filed disclosures no person or entity directly or

        indirectly owns 10% or more of any class of Basic Parent's equity

        interests.

2.      One hundred percent (100%) of the membership interest in Basic Energy

        Services GP, LLC is directly owned by Basic Parent.

3.      One hundred percent (100%) of the membership interests in Basic Energy

        Services LP, LLC is directly owned by Basic Parent.

4.      Less than one percent (0.01%) of the limited partnership interests in Basic

Energy Services, L.P. ("**BES**") is directly owned by Basic Energy

Services GP, LLC, as general partner, and more than ninety-nine percent

(99.9%) is directly owned by Basic Energy Services LP, LLC, as limited

partner.  One hundred percent (100%) of the membership interests in BES

is indirectly owned by Basic Parent.

5.      One hundred percent (100%) of the equity interests of Basic ESA, Inc. is

directly owned by Basic Parent.

6.      One hundred percent (100%) of the equity or membership interests in each

of the following entities is owned directly by BES and indirectly by Basic

Parent:

(i)      Chaparral Service, Inc.;

(ii)     SCH Disposal, L.L.C.;

(iii)    Sledge Drilling Corp.;

(iv)    Admiral Well Service, Inc.;

(v)     Basic Marine Services, Inc.;

(vi)    JS Acquisition LLC;

(vii)   Permian Plaza, LLC;

(viii)  Maverick Coil Tubing Services, LLC;

(ix)    First Energy Services Company;

(x)     JetStar Holdings, Inc.;

(xi)    Xterra Fishing & Rental Tools Co.;

(xii)   Maverick Solutions, LLC;

(xiii)  LeBus Oil Field Service Co.;

(xiv)    Acid Services, LLC;

(xv)     Taylor Industries, LLC;

(xvi)    Maverick Stimulation Company, LLC;

(xvii)   Globe Well Service, Inc.;

(xviii)  JetStar Energy Services, Inc.;

(xix)    Platinum Pressure Services, Inc.;

(xx)     Maverick Thru-Tubing Services, LLC;

(xxi)    MCM Holdings, LLC;

(xxii)   MSM Leasing, LLC; and

(xxiii)  The Maverick Companies, LLC.

7.    Attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests of the Debtors and their non-Debtor affiliates.  In the attached organizational chart, non-Debtor affiliates are delineated by orange boxes.

## Exhibit A

## Organizational Chart



Basic Energy Services, Inc.
Delaware (Formerly BES Holding Co.)
54-2091194
100%
100%
100%
Basic Energy Services GP, LLC
Delaware
54-2091197
Basic Energy Services LP, LLC
Delaware
54-2091195
Basic ESA, Inc.
Texas
75-1772279
99.99%
0.01%
1%
Basic Energy Services, L.P.
Delaware
75-2441819
100%
Basic Energy Services International, LLC
Delaware
27-0216025
99%
ESA de Mexico S.A. de C.v
Debtor
Non-Debtor
Chaparral Service, Inc.
New Mexico
85-0206424
SCH Disposal, L.L.C.
Texas
75-2788335
Sledge Drilling Corp.
Texas
20-4223140
Admiral Well Service, Inc.
Texas
26-3164899
Basic Marine Services, Inc.
Delaware
20-2274888
JS Acquisition LLC
Delaware
26-2529500
Permian Plaza, LLC
Texas
26-0753425
Maverick Coil Tubing Services, LLC
Colorado
84-1563281
First Energy Services Company
Delaware
84-1424993
JetStar Holdings, Inc.
Delaware
74-3144248
Xterra Fishing & Rental Tools Co.
Texas
76-0647818
Maverick Solutions, LLC
Colorado
20-0122876
LeBus Oil Field Service Co.
Texas
75-2073125
Acid Services, LLC
Kansas
48-1180455
Taylor Industries, LLC
Texas
27-2417037
Maverick Stimulation Company, LLC
Colorado
84-1354572
Globe Well Service, Inc.
Texas
75-1634275
JetStar Energy Services, Inc.
Texas
68-0605237
Platinum Pressure Services, Inc.
Texas
26-1338379
Maverick Thru-Tubing Services, LLC Colorado
27-1501902
MCM Holdings, LLC
Colorado
84-1520949
MSM Leasing, LLC
Colorado
27-0629182
The Maverick Companies, LLC
Colorado
20-5244170
Robota Energy Equipment, LLC
Texas

**Fill in this information to identify the case and this filing:**

Debtor Name  Basic Energy Services, Inc.

United States Bankruptcy Court for the District of  Delaware
                                                        (State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on  10/25/2016 | ✗ | _____ |
| MM / DD / YYYY | | Signature of individual signing on behalf of debtor |
| | | David C. Johnston |
| | | Printed name |
| | | Chief Restructuring Officer |
| | | Position or relationship to debtor |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------x
                                       :
In re                                  :    Chapter 11
                                       :
BASIC ENERGY                           :    Case No. 16-_____ (___)
SERVICES, INC.,                        :
                                       :
              Debtor.                  :
                                       :
-------------------------------------------------------x
```

**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO**
**<u>RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u>**

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| TD AMERITRADE CLEARING, INC. (0188) | MANDI FOSTER OR PROXY MGR, 1005 AMERITRADE PLACE | BELLEVUE, NE 68005 | 15.61% |
| SCOTTRADE, INC. (0705) | ISSUER SERVICES, C/O BROADRIDGE, 51 MERCEDES WAY | EDGEWOOD, NY 11717 | 11.33% |
| NATIONAL FINANCIAL SVCS. (0226) | SEAN COLE OR PROXY DEPT., NEWPORT OFFICE CENTER III, 499 WASHINGTON BOULEVARD | JERSEY CITY, NJ 07310 | 9.83% |
| UBS FINANCIAL SERVICES LLC (0221) | JANE FLOOD OR PROXY MGR, 1000 HARBOR BLVD | WEEHAWKEN, NJ 07086 | 8.71% |
| CHARLES SCHWAB & CO., INC. (0164) | CHRISTINA YOUNG OR PROXY MGR, 2423 EAST LINCOLN DRIVE | PHOENIX, AZ 85016-1215 | 8.54% |
| E*TRADE (0385) | VICTOR LAU OR PROXY MGR, 34 EXCHANGE PLACE, PLAZA II | JERSEY CITY, NJ 07311 | 7.10% |
| BASIC ENERGY SERVICES INC RESTRICTED | STOCK PLAN - SEE COMPANY 15287 -, P.O. BOX 10460 | MIDLAND, TX 79702-7460 | 4.34% |
| PERSHING (0443) | JOSEPH LAVARA OR PROXY DEPT., 1 PERSHING PLAZA | JERSEY CITY, NJ 07399 | 3.37% |
| MERRILL LYNCH (0161 & 5198) | EARL WEEKS OR PROXY DEPT. , C/O MERRILL LYNCH CORPORATE ACTIONS, 4804 DEER LAKE DR. E. | JACKSONVILLE, FL 32246 | 2.95% |
| FIRST CLEARING, LLC (0141) | MATT BUETTNER OR PROXY MGR, 2801 MARKET STREET, H0006-09B | ST. LOUIS, MO 63103 | 2.93% |
| BANK OF NEW YORK MELLON (0901) | JENNIFER MAY OR PROXY MGR, 525 WILLIAM PENN PLACE, SUITE 153-0400 | PITTSBURGH, PA 15259 | 2.02% |
| APEX | BILIANA STOIMENOVA OR PROXY MGR, 1700 PACIFIC AVENUE, SUITE 1400 | DALLAS, TX 75201 | 1.77% |
| NORTHERN TRUST COMPANY, THE (2669) | ANDREW LUSSEN OR PROXY MGR, 801 S. CANAL STREET, ATTN: CAPITAL STRUCTURES-C1N | CHICAGO, IL 60607 | 1.53% |
| RAYMOND JAMES & ASSOCIATES, INC. (0725) | ROBERTA GREEN OR PROXY MGR, 880 CARILION PARKWAY, TOWER 2, 4TH FLOOR | ST. PETERSBURG, FL 33716 | 1.47% |
| STIFEL NICOLAUS & CO. (0793) | CHRIS WIEGAND OR PROXY DEPT., C/O MEDIANT COMMUNCATIONS, 200 REGENCY FOREST DRIVE | CARY, NC 27518 | 1.31% |
| JPMORGAN CHASE BANK/PRUDENTIAL (2517) | JACOB BACK OR PROXY DEPT. , 14201 DALLAS PARKWAY, SUITE 121 | DALLAS, TX 75454 | 1.29% |
| TD WATERHOUSE CANADA INC. /CDS (5036) | YOUSUF AHMED OR PROXY MGR, 77 BLOOR STREET WEST, 3RD FLOOR | TORONTO, ON M4Y 2T1, CANADA | 1.16% |
| EDWARD JONES (0057) | DEREK ADAMS OR PROXY DEPT., CORPORATE ACTIONS & DISTRIBUTION, 12555 MANCHESTER ROAD | ST. LOUIS, MO 63131 | 0.98% |
| VANGUARD MARKETING CORPORATION (0062) | BEN BEGUIN OR PROXY MGR, 14321 N. NORTHSIGHT BOULEVARD | SCOTTSDALE, AZ 85260 | 0.95% |
| INT BROKERS (0534) | KARIN MCCARTHY OR PROXY DEPT., 8 GREENWICH OFFICE PARK | GREENWICH, CT 06831 | 0.93% |
| THE BANK OF NEW YORK MELLON/MID CAP SPDRS (2209) | JENNIFER MAY OR PROXY MGR, 525 WILLIAM PENN PLACE, SUITE 153-0400 | PITTSBURGH, PA 15259 | 0.89% |
| CITIBANK, N.A. (0908) | SHERIDA SINANAN OR PROXY DEPT., 3801 CITIBANK CENTER, B/3RD FLOOR/ZONE 12 | TAMPA, FL 33610 | 0.79% |
| BNY Mellon, Barclays Bank PLC (2324) | ENIS SULJIC OR PROXY MGR, 525 WILLIAM PENN PLACE, ROOM 0300 | PITTSBURGH, PA 15259 | 0.69% |

* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| JPMORGAN CHASE (0902) | JACOB BACK OR PROXY DEPT. , 14201 DALLAS PARKWAY, 12TH FLOOR | DALLAS, TX 75254 | 0.68% |
| BASIC ENERGY SERVICES INC | TREASURY ACCOUNT, 400 WEST ILLINOIS SUITE 800 | MIDLAND, TX 79701-4479 | 0.65% |
| BROWN BROTHERS HARRIMAN & CO. /ETF (0109) | JERRY TRAVERS OR PROXY MGR, 525 WASHINGTON BLVD. | JERSEY CITY, NJ 07310 | 0.54% |
| BROWN BROTHERS HARRIMAN & CO. (0010) | JERRY TRAVERS OR PROXY MGR, 525 WASHINGTON BLVD. | JERSEY CITY, NJ 07310-1607 | 0.53% |
| J.P. MORGAN CLEARING CORP. (0352/ 0902/ 2357) | MARCIN BIEGANSKI OR PROXY DEPT., CORPORATE ACTIONS DEPT, 14201 DALLAS PARKWAY, 12TH FL | DALLAS, TX 75254 | 0.51% |
| STATE STREET (0997) | CHRISTINE SULLIVAN OR PROXY MGR, 1776 HERITAGE DRIVE | NORTH QUINCY, MA 02171 | 0.48% |
| MORGAN STANLEY SMITH BARNEY LLC (0015) | JOHN BARRY OR PROXY DEPT, 1300 THAMES STREET WHARF, 6TH FLOOR | BALTIMORE, MD 21231 | 0.47% |
| RBC DOMINION /CDS (5002) | KAREN OLIVERES OR PROXY MGR, 200 BAY STREET, 6TH FLOOR, ROYAL BANK PLAZA NORTH TOWER | TORONTO, ON M5J 2W7, CANADA | 0.37% |
| AMERIPRISE (0756) | GREG WRAALSTAD OR PROXY MGR, 901 3RD AVE SOUTH | MINNEAPOLIS, MN 55474 | 0.31% |
| GOLDMAN SACHS (0005) | MEGHAN SULLIVAN OR PROXY DEPT., 30 HUDSON STREET, PROXY DEPARTMENT | JERSEY CITY, NJ 07302 | 0.30% |
| BMO NESBITT BURNS INC. /CDS (5043) | LOUISE TORANGEAU OR PROXY MGR, 1 FIRST CANADIAN PLACE 13TH FL, P. O. BOX 150 | TORONTO, ON M5X 1H3, CANADA | 0.29% |
| SG AMERICAS SECURITIES, LLC (0286) | PAUL MITSAKOS OR PROXY MGR, 480 WASHINGTON BLVD. | JERSEY CITY, NJ 07310 | 0.28% |
| DAVID L MURFIN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.25% |
| RBC CAPITAL MARKETS CORPORATION (0235) | STEVE SCHAFER OR PROXY MGR, 60 S 6TH ST - P09 | MINNEAPOLIS, MN 55402-4400 | 0.25% |
| QUESTRADE INC./CDS (5084) | AL NANJI OR PROXY MGR, 5650 YONGE STREET | TORONTO, ON M2M 4G3, CANADA | 0.25% |
| DESJARDINS SECURITIES INC.** (5028) | VERONIQUE LEMIEUX OR PROXY MGR, 1060 UNIVERSITY STREET, SUITE 101 | MONTREAL, QC H5B 5L7, CANADA | 0.22% |
| OPTIONSXPRESS, INC. (0338) | RICH TRINH OR PROXY MGR, 311 W. MONROE STREET | CHICAGO, IL 60606 | 0.21% |
| CIBC WORLD MKTS. /CDS (5030) | REED JON OR PROXY DEPT., 22 FRONT ST. W. 7TH FL | TORONTO, ON M5J 2W5, CANADA | 0.20% |
| NBCN INC. /CDS (5008) | DANIEL NTAP OR PROXY MGR, 1010 RUE DE LA GAUCHETIERE ST. WEST, SUITE 1925 | MONTREAL, QC H3B 5J2, CANADA | 0.19% |
| STERNE, AGEE & LEACH, INC. (0750) | JAMES MEZRANO OR PROXY MGR, 2 PERIMETER PARK,, SUITE 100W | BIRMINGHAM, AL 35209 | 0.18% |
| TRADESTATION (0271) | ANDREA AUGUSTIN OR PROXY MGR, 8050 SW 10TH ST | PLANTATION, FL 33324 | 0.18% |
| LPL FINANCIAL CORPORATION (0075) | KRISTIN KENNEDY OR PROXY MGR, 9785 TOWNE CENTRE DRIVE | SAN DIEGO, CA 92121-1968 | 0.17% |
| SCOTIA CAPITAL /CDS (5011) | EVELYN PANDE OR PROXY DEPT., SCOTIA PLAZA, P.O. BOX 4085 | TORONTO, ON M5W 2X6, CANADA | 0.17% |
| JEFFERIES & COMPANY, INC. (0019) | ROBERT MARANZANO OR PROXY MGR, 34 EXCHANGE PL | JERSEY CITY, NJ 07311 | 0.13% |
| KENNETH V HUSEMAN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.11% |

* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| STEVEN A WEBSTER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.07% |
| COMERICA BANK (2108) | LEWIS WISOTSKY OR PROXY MGR, 411 WEST LAFAYETTE, MAIL CODE 3530 | DETROIT, MI 48226 | 0.06% |
| SOUTHWEST SECURITIES (0279) | RHONDA JACKSON OR PROXY DEPT., 1201 ELM STREET, SUITE 3700 | DALLAS, TX 75270 | 0.06% |
| ROBERT W. BAIRD & CO. INCORPORATED (0547) | JAN SUDFELD OR PROXY MGR, 777 E. WISCONSIN AVENUE, 19TH FLOOR | MILWAUKEE, WI 53202 | 0.05% |
| BNP/CUST (2787) | MANGALA PRAKASH OR PROXY MGR, 525 WASHINGTON BLVD., 9TH FLOOR | JERSEY CITY, NJ 07310 | 0.05% |
| LEK SECURITIES CORPORATION (0512) | DANIEL HANUKA OR PROXY MGR, 140 BROADWAY, 29TH FLOOR | NEW YORK, NY 10005 | 0.05% |
| GOLDMAN SACHS INTERNATIONAL (5208) | VANESSA CAMARDO OR PROXY MGR, 30 HUDSON STREET, PROXY DEPARTMENT | JERSEY CITY, NJ 07302 | 0.05% |
| MARK D RANKIN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.05% |
| MORGAN STANLEY & CO. (0050) | MICHELLE FORD OR PROXY DEPT., 901 SOUTH BOND STREET, 6TH FLOOR | BALTIMORE, MD 21231 | 0.04% |
| OPPENHEIMER & CO. INC. (0571) | OSCAR NAZARIO OR PROXY MGR, 85 BROAD STREET | NEW YORK, NY 10004 | 0.04% |
| FOLIO (FN) INVESTMENTS, INC. (0728) | ASHLEY THEOBALD OR PROXY MGR, 8180 GREENSBORO DRIVE, 8TH FLOOR | MCLEAN, VA 22102 | 0.04% |
| U.S. BANK N.A. (2803) | PAUL KUXHAUS OR PROXY MGR, 1555 N. RIVER CENTER DRIVE, SUITE 302 | MILWAUKEE, WI 53212 | 0.03% |
| WEDBUSH MORGAN SECURITIES, INC. (0103) | ALAN FERREIRA OR PROXY MGR, P.O. BOX 30014 | LOS ANGELES, CA 90030 | 0.03% |
| CREST INTL NOMINEES LIMITED (2012) | NATHAN ASHWORTH OR PROXY MGR, 33 CANNON STREET | LONDON, EC4M 5SB, UNITED KINGDOM | 0.03% |
| COLLINS & YOUNG LLC | 508 WEST WALL SUITE 1200, ATTN: TED COLLINS | MIDLAND, TX 79701-5076 | 0.03% |
| QTRADE SECURITIES INC./CDS** (5009) | JOSEPH CHAU OR PROXY MGR, SUITE 1920 ONE BENTALL CENTRE, 505 BURRARD STREET | VANCOUVER, BC V7X 1M6, CANADA | 0.02% |
| WEDBUSH SECURITIES INC./P3 (8199) | ALAN FERREIRA OR PROXY MGR, 1000 WILSHIRE BLVD., SUITE #850 | LOS ANGELES, CA 90017 | 0.02% |
| BNY MELLON/ NEW ENGLAND (0954) | JENNIFER MAY OR PROXY MGR, 525 WILLIAM PENN PLACE, SUITE 153-0400 | PITTSBURGH, PA 15259 | 0.02% |
| PNC BANK, NATIONAL ASSOCIATION (2616) | EILEEN BLAKE OR PROXY MGR, 8800 TINICUM BLVDT, MS F6-F266-02-2 | PHILADELPHIA, PA 19153 | 0.02% |
| CITRUS BREEZE ENTERPRISES LLC | 1515 CONWAY ISLE CIRCLE | ORLANDO, FL 32809 | 0.02% |
| UBS SECURITIES LLC (0642) | GREGORY CONTALDI OR PROXY MGR, 1000 HARBOR BLVD - 5TH FLOOR | WEEHAWKEN, NJ 07086 | 0.02% |
| SSB&T CO/CLIENT CUSTODY SERVICES (2678) | MYRIAM PIERVIL OR PROXY MGR, 1776 HERITAGE DRIVE | NORTH QUINCY, MA 02171 | 0.02% |
| STERLING TRUST COMPANY | FBO STEPHEN WIESENFELD IRA, P.O. BOX 2526 | WACO, TX 76702-2526 | 0.02% |
| CREDIT SUISSE (0355) | ISSUER SERVICES, C/O BROADRIDGE, 51 MERCEDES WAY | EDGEWOOD, NY 11717 | 0.02% |
| STEPHENS INC. (0419) | LINDA THOMPSON OR PROXY MGR, 111 CENTER STREET | LITTLE ROCK, AR 72201-4402 | 0.02% |
| BANK OF AMERICA, NA/GWIM TRUST OPERATIONS (0955) | SHARON BROWN OR PROXY MGR, 1201 MAIN STREET, 9TH FLOOR | DALLAS, TX 75202 | 0.02% |

* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| STATE STREET (0997) | CHRISTINE SULLIVAN OR PROXY MGR, 1776 HERITAGE DRIVE | NORTH QUINCY, MA 02171 | 0.02% |
| COMERICA BANK (2108) | LEWIS WISOTSKY OR PROXY MGR, 411 WEST LAFAYETTE, MAIL CODE 3530 | DETROIT, MI 48226 | 0.02% |
| WEDBUSH SECURITIES INC./P3 (8199) | ALAN FERREIRA OR PROXY MGR, 1000 WILSHIRE BLVD., SUITE #850 | LOS ANGELES, CA 90017 | 0.02% |
| TED COLLINS JR | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.02% |
| JANNEY MONTGOMERY SCOTT INC. (0374) | MARK F. GRESS OR PROXY MGR, C/O MEDIANT COMMUNICATIONS INC., 200 REGENCY FOREST DRIVE | CARY, NC 27518 | 0.02% |
| NOMURA SECURITIES INTERNATIONAL, INC./AFFILIATE CLEARING (7507) | DAN LYNCH OR PROXY MGR, 2 WORLD FINANCIAL CENTER, BUILDING B | NEW YORK, NY 10281 | 0.02% |
| COR CLEARING (0052) | ISSUER SERVICES, C/O MEDIANT COMMUNICATION, 8000 REGENCY PARKWAY | CARY, NC 27518 | 0.02% |
| U.S. BANCORP INVESTMENTS, INC. (0280) | KEVIN BROWN OR PROXY MGR, 60 LIVINGSTON AVE | ST. PAUL, MN 55107-1419 | 0.01% |
| D. A. DAVIDSON & CO. (0361) | RITA LINSKEY OR PROXY MGR, 8 THIRD STREET NORTH | GREAT FALLS, MT 59401 | 0.01% |
| M&I MARSHALL & ILSLEY BANK (0992) | CYNTHIA HAMMERELL OR PROXY MGR, 1000 N. WATER STREET -TR 14 | MILWAUKEE, WI 53202 | 0.01% |
| STIFEL NICOLAUS & CO. (0793) | CHRIS WIEGAND OR PROXY DEPT., C/O MEDIANT COMMUNCATIONS, 200 REGENCY FOREST DRIVE | CARY, NC 27518 | 0.01% |
| RICHARD MARTIN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| JPMCH/CTC (2424) | ATTN: GENE BANFI, J.P. MORGAN CHASE, 4 CHASE METROTECH CENTER, 3RD FLOOR | BROOKLYN, NY 11245 | 0.01% |
| TEXAS TREASURY SAFEKEEPING (2622) | JANIE DOMINGUEZ OR PROXY MGR, 208 E. 10TH STREET, ROOM 410 | AUSTIN, TX 78701 | 0.01% |
| JACKIE L HART | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| GS EXECUTION & CLEARING (0501) | CHRISTIN HARTWIG OR PROXY DEPT., 30 HUDSON STREET, PROXY DEPARTMENT | JERSEY CITY, NJ 07302-4699 | 0.01% |
| MICHAEL HARRISON | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| BBS SECURITIES INC./CDS** (5085) | DEBORAH CARLYLE OR PROXY MGR, 4100 YONGE STREET, SUITE 504A | TORONTO, ON M2P 2G2, CANADA | 0.01% |
| UBS AG STAMFORD/UBS AG LONDON (2507) | GREGORY CONTALDI OR PROXY MGR, 1000 HARBOR BLVD - 5TH FLOOR | WEEHAWKEN, NJ 07086 | 0.01% |
| DALE DOBY | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| COLLINS & JONES INVESTMENTS LLC | 508 WEST WALL SUITE 1200, ATTN: DON JONES | MIDLAND, TX 79701-5076 | 0.01% |
| W BRETT SMITH | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| MARTIN J SPRINZEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| TORRENT SRL | VIA MASENA 8 | MILAN 20145, ITALY | 0.01% |
| LAXI | SOUTH ESPLANADE, ONE LIMITED HELVETIA COURT | ST PETER PORT GUERNSEY, GY1 1AR UNITED KINGDOM | 0.01% |
| EDWARD JONES/CDS (5012) | NICK HUMMELL OR PROXY MGR, 1255 MANCHESTER ROAD | ST. LOUIS, MO 63131 | 0.01% |
| ROGER D SPARKS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| HANK K BYRD | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |

\* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| DARRELL MITCHELL | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| MORGAN STANLEY & CO./INTL PLC (7309) | BRIAN O'DOWD OR PROXY MGR, 901 SOUTH BOND STREET, 6TH FLOOR | BALTIMORE, MD 21231 | 0.01% |
| STEVEN A WEBSTER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| CHARLES C GERBER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| EARNEST C COX | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| VISION FINANCIAL MARKETS LLC (0595) | ANA MARTINEZ OR PROXY MGR, 4 HIGH RIDGE PARK | STAMFORD, CT 06804 | 0.01% |
| PRIMEVEST (0701) | ANGELA HANDELAND OR PROXY MGR, 400 1ST STREET SOUTH, SUITE 300 | ST. CLOUD, MN 56301 | 0.01% |
| EDUARDO ORTIZ | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| EDWIN ELLIOT SWINFORD TRUST | EDWIN ELLIOT SWINFORD JR TRUSTEE, P.O. BOX 2883 | EDWARDS, CO 81632 | 0.01% |
| PATRICIA A EGAN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| WELLS FARGO SECURITIES, LLC/SECURITIES FINANCE (2480) | ATTN: STEVE TURNER, PXY PROXY CONTACT, CORP ACTIONS - NC0675, 1525 WEST W.T. HARRIS BLVD., 1B1 | CHARLOTTE, NC 28262 | 0.01% |
| JAMES R VIA | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| NICHOLAS F TAUBMAN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| ROBERT STALEY | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.01% |
| SCOTIA CAPITAL () INC. (0096) | CAROL ANDERSON OR PROXY MGR, 40 KING STREET W | TORONTO, ON M5H1H1 | 0.00% |
| CYRUS G ALLEN III | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| KA-KHY TZE M D P A | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JERRY HANWAY | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LESLEY DALE MCNEEL | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JOHN CRITCHFIELD | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LORI LILES | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| PAT MCCABE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| BB&T SECURITIES (0702) | JESSE W. SPROUSE OR PROXY MGR, 8006 DISCOVERY DRIVE, SUITE 200 | RICHMOND, VA 23229 | 0.00% |
| AL-RUBAISHI ALI IBRAHEEM | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| UBS SECURITIES/SECURITIES LENDING (5284) | GREGORY CONTALDI OR PROXY MGR, 480 WASHINGTON BLVD., 12TH FLOOR | JERSEY CITY, NJ 07310 | 0.00% |
| STEVEN B SMITH & TERESA M SMITH JT/WROS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ERIN UNDERWOOD | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MARK RANKIN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| BARCLAYS CAPITAL (5101 & 0229) | ANTHONY SCIARAFFO OR PROXY DEPT., 400 JEFFERSON PARK | WHIPPANY, NJ 07981 | 0.00% |
| CANACCORD GENUITY CORP./CDS (5046) | BEN THIESSEN OR PROXY DEPT., 10337 PACIFIC CENTRE, 2200-609 GRANVILLE STREET | VANCOUVER, BC V7Y 1H2, CANADA | 0.00% |
| WEDBUSH SECURITIES INC./P3 (8199) | ALAN FERREIRA OR PROXY MGR, 1000 WILSHIRE BLVD., SUITE #850 | LOS ANGELES, CA 90017 | 0.00% |
| LONGVIEW INVESTMENT HOLDINGS LTD | 2ND FLOOR BAHAMAS FINANCIAL CENTRE, SHIRLEY & CHARLOTTE ST | P.O. BOX N-4899 NASSAU | 0.00% |
| DAN MEIER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CITRUS BREEZE ENTERPRISES LLC | 1515 CONWAY ISLE CIRCLE | ORLANDO, FL 32809 | 0.00% |
| DALE DODD | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |

\* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| DALE C BURGESS & JODIE J BURGESS JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| GARY SOUTHARD | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JEFFREY PLUNKETT | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| RENE SANCHEZ | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MIGUEL A RIVERA | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LEO V CARABAJAL | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| GARRY GREEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| BARBARA WALDMAN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CYRUS G ALLEN III | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| EDWARD J BUCHANAN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| KA-KHY TZE M D PA | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| PETER KARAMANOLIS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| STERLING TRUST COMPANY | FBO MARGARETM DONNELLY IRA, P.O. BOX 2526 | WACO, TX 76702-2526 | 0.00% |
| STOLTZ & COMPANY LTD | 3300 NORTH A SUITE 1100 | MIDLAND, TX 79705-5471 | 0.00% |
| SUSAN WANG TRUST U/A/D 12/7/94 SUSAN WANG TRUSTEE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JEORGE R AGUILAR | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CDS CLEARING AND DEPOSITORY (5099) | LORETTA VERELLI OR PROXY MGR, 600 BOUL.DE MAISONNEUVE, QUEST BUREAU 210 | MONTREAL, QC H3A 3J2, CANADA | 0.00% |
| TRAVIS WHITE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JAMES MYERS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| EDDIE FARMER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| H H WOMMACK III | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DENNIS A ZIOMEK | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DIANE M BEEMAN TRUST | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| NATHAN CAMPBELL | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DANIEL LINEBARGER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| STEPHANIE A SIMPSON REV TRUST | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| PERRY A WIGINGTON | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ALVARO PEREZ | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CRAIG K HARMER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| FRED E MCDONALD | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LARRY LEE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| STEVE M EDWARDS & KATHRYN M EDWARDS JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JEANNIE KOHN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| PAULA THORNE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| RALPH R & JUDITH M ZEMAN TRUST | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| EARNEST HIGHT | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| TGWW INC | #3 WILLOW COURT | MIDLAND, TX 79705-6449 | 0.00% |
| LORRAINE MAE JENNINGS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| TIM KOHLLEPPEL | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DUSTIN MCCARTY | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| TERRY LEWIS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LAWRENCE A TRUFANT M D | 80 ASHLAND STREET | ABINGTON, MA 02351-2428 | 0.00% |

* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| STERLING TRUST COMPANY | FBO MICHAEL E MORE MPPPP, P.O. BOX 2526 | WACO, TX 76702-2526 | 0.00% |
| STEVEN G DILLEY | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ANGELA CLARK TRUST U/A/D 12/19/90 | ANGELA & RICHARD CLARK TRUSTEES, 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ADRIAN CAIRNS JR MD & CHERYL CAIRNS JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| NOMURA SECURITIES (0180) | JOHN KELLERHER OR PROXY MGR, 2 WORLD FINANCIAL CENTER,, BLDG B. | NEW YORK, NY 10281-1198 | 0.00% |
| GAE E MORE & BEVERLY ADELSTEIN TEN COM | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JACK D HOLLANDER & EILEEN HOLLANDER JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LADDY PALECEK & EVA PALECEK JT TEN, | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MARY ALICE CUNY & MARGARET ANSELMO JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MINDY L SPITZ | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JOHNNY GAGE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CHARLES D GREGG | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| RICKY SMITH | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| KENENTH D ADAMS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JERRY STRICKLAND | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CATHY JOYNER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DLJ MERCHANT BANKING PARTNERS | III LP, ATTN APRIORI CAPITAL PARTNERS, 444 MADISON AVE FL 7 | NEW YORK, NY 10022-6903 | 0.00% |
| LANGE FAMILY TRUST U/A/D 1/23/ BRIAN AND COLLEEN LANGE TRUSTEES | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| FERNANDO GUEVARA | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JAMES W TOTORA M D P C MP | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| GREGORY HOWARD | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| HARRY CHATTERTON | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JAY STEWART | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| EDWIN ELLIOTT SWINFORD TRUST | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| SHERCO | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DIANE M BEEMAN TRUST U/A/D 3/6/97 | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| EDWARD BUCHANAN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JESUS ALVARADO | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JOSEPH A STERLING SR FAMILY TRUST | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MARGARET M DONNELLY | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| STEPHEN E SCHMIDT & NANCY E SCHMIDT JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| THOMAS A KANE & PEGGY V KANE JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| PAUL GRAHAM | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DONNA G ROBINSON | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| AMY KASSABIAN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |

* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| KEITH J KASSABIAN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DALE C BURGESS & JODI J BURGESS JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| KENNETH W BRAMLETT M D | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ALAN MOEHR | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DALLAS HERRIDGE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JOHN SOKOL | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| SHANE MADDEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LEON HANHARDT | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DONALD WEAKS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LYLE SCHADEGG | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MARK LUCK OLSON & ODETTE OLSON JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ANCHOR RESOURCES LLC | 400 W ILLINOIS STREET STE 950 | MIDLAND, TX 79701-4641 | 0.00% |
| DENNIS A ZIOMEK | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JAMES WILSON MCGREGOR | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CHARLES D WILLIAMS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ELIZABETH SWINFORD | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| BARRY MEFFERT | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MARK CLARK | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| RHONDA COLLIER-GREEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DAVENPORT & COMPANY LLC (0715) | KIM NIEDING OR PROXY MGR, 901 EAST CARY ST, 11TH FLOOR | RICHMOND, VA 23219 | 0.00% |
| THE BANK OF NOVA SCOTIA/WMF/CDS** (4838) | ARELENE AGNEW OR PROXY MGR, 44 KING STREET WEST, SCOTIA PLAZA | TORONTO, ON M5H 1H1, CANADA | 0.00% |
| JACOB CUCKOW | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| RENEE BRIONES | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MICHAEL PIRTLE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| WILLIAM JONES | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JAMES RICHARDSON | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| STEVEN D PRATHER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| FORTRESS HOLDINGS LLC | 400 W ILLINOIS ST STE 950 | MIDLAND, TX 79701-4641 | 0.00% |
| STUART KRINGEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JUSTIN E ANDERSON | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| EDGAR LEVARIO | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ERIC ORTEGA | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JASON LIEB | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| RICHARD LUTHER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| UBS SECURITIES/SECURITIES LENDING (5284) | GREGORY CONTALDI OR PROXY MGR, 480 WASHINGTON BLVD., 12TH FLOOR | JERSEY CITY, NJ 07310 | 0.00% |
| CATHY JOYNER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DONALD J SMITH EMPLOYEES PSP, DONALD & ELBIE SMITH TRUSTEES | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DONALD J SMITH INC EMP PSP, DONALD & ELBIE SMITH TRUSTEES | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MARGARET B NICHOLLS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| NATHAN D WOODLIFF-STANLEY & RUTH M WOODLIFF-STANLEY JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |

* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| SUSAN WANG TRUST U/A/D 12/7/95 SUSAN WANG TRUSTEEE | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| TRACY A CONATSER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| PATRICK L HARWELL | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| LEONARD J HAAG | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| GARLAND PORTERFIELD M D | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JOHN MICHELETTI | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| WILLIAM CLEVENGER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| A GAYDEN ROBERT JR & JAN MARIE ROBERT JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| HIBERNIA NATIONAL BANK ASSOCIATES | BRNCH PILTS 401K-TILMAN J PIZANI JR, 616 HOMEWOOD DRIVE | COVINGTON, LA 70433-5805 | 0.00% |
| CARL A HUMPHRIES IRA | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ANDREW P JOHNSON & CAROL A JOHNSON JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CYRUS G ALLEN III | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JOHN R CLOUD & | LAURALEE W CLOUD JT TEN, 41 CHAISSON ROAD | PLYMOUTH, NH 03264-3104 | 0.00% |
| L E TAYLOR & SONS | P.O. BOX 24 | PORTER, ME 04068-0024 | 0.00% |
| STOCKCROSS FINANCIAL (0445) | DIANE TOBEY OR PROXY MGR, 77 SUMMER STREET | BOSTON, MA 02210 | 0.00% |
| MARSCO INVESTMENT CORPORATION (0287) | KAREN JACOBSEN OR PROXY MGR, 101 EISENHOWER PARKWAY | ROSELAND, NJ 07068 | 0.00% |
| CHAD FILENER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| COLLEEN E FINK GATES | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| JOHN R FINK | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| WEDBUSH SECURITIES INC./P3 (8199) | ALAN FERREIRA OR PROXY MGR, 1000 WILSHIRE BLVD., SUITE #850 | LOS ANGELES, CA 90017 | 0.00% |
| MILTON RALPH WHITAKER & REGINA WHITAKER JT TEN | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| BADER TR UAD 6/19/90 FBO HARRY BADER, LOUIS BADER BARRY BADER CO-TRUSTEES | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CITADEL SECURITIES LLC (0395) | KEVIN NEWSTEAD OR PROXY MGR, 131 SOUTH DEARBORN STREET, 35TH FLOOR | CHICAGO, IL 60603 | 0.00% |
| TROY VESS | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| SSB- IBT/BGI (2767) | TOM BRODERICK OR PROXY MGR, 1776 HERITAGE DRIVE | NORTH QUINCY, MA 02171 | 0.00% |
| KEVIN G CARNEY | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| CRAIG CORELLI | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| KA-KHY TZE M D P A | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| DEUTSCHE BANK SECURITIES, INC. (0573) | SARA BATTEN OR PROXY MGR, 5022 GATE PARKWAY, SUITE 100 | JACKSONVILLE, FL 32256 | 0.00% |
| LINERBASS CO | C/O STATE STREET BANK AND TRUST, BOX 5756 | BOSTON, MA 02206-5756 | 0.00% |
| BARCLAYS CAPITAL INC. (0229) | Attn: Corporate Actions, 400 Convergence Way | JERSEY CITY, NJ 07981 | 0.00% |
| WELLS FARGO BANK NA (2027) | LORA DAHLE OR PROXY DEPT., 733 MARQUETTE AVENUE 5TH FL., MAC N9306-057 5TH FLOOR | MINNEAPOLIS, MN 55479 | 0.00% |

* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

**BASIC ENERGY SERVICES, INC.**
**EQUITY SECURITY HOLDER LIST**
**BASIC ENERGY SERVICES INC COMMON STOCK (11070)**

| Equity Holder | Address | City/State/Zip/Country | % Holding |
|---|---|---|---|
| STATE STREET (2319) | ROB RAY/MIKE FEELEY OR PROXY DEPT., CORP ACTIONS - JAB5E, 1776 HERITAGE DRIVE | NORTH QUINCY, MA 02171 | 0.00% |
| MARK FOSTER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| ERIN BERRY | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| TEXAS TREASURY SAFEKEEPING (2622) | JANIE DOMINGUEZ OR PROXY MGR, 208 E. 10TH STREET, ROOM 410 | AUSTIN, TX 78701 | 0.00% |
| TRUSTMARK NATIONAL BANK (2852) | JACK BALL OR PROXY MGR, 248 EAST CAPITOL ST, ROOM 580 | JACKSON, MS 39201 | 0.00% |
| INGALLS & SNYDER, LLC (0124) | JOSEPH DI BUONO OR PROXY MGR, 61 BROADWAY, 31ST FLOOR | NEW YORK, NY 10006 | 0.00% |
| DOAK PAINTER | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
| MARSHALL WOLF | 801 CHERRY STREET, SUITE 2100 | FORT WORTH, TX 76102 | 0.00% |
|  |  | **TOTAL:** | **100.00%** |

\* All equity holders on this list hold common stock of Basic Energy Services, Inc., including holders with 0.00% holding due to rounding.

<table>
<tr><td>

**Fill in this information to identify the case and this filing:**

Debtor Name <u>Basic Energy Services, Inc.</u>

United States Bankruptcy Court for the District of <u>Delaware</u>
<div align="center">(State)</div>

Case number (If known): _____

</td></tr>
</table>

## Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration <u>List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on <u>10/25/2016</u> | ✗ | |
|---|---|---|
| MM / DD / YYYY | | Signature of individual signing on behalf of debtor |
| | | <u>David C. Johnston</u> |
| | | Printed name |
| | | |
| | | <u>Chief Restructuring Officer</u> |
| | | Position or relationship to debtor |