UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11
                                                              :
BASIC ENERGY                                                  :    Case No. 16–12320 (KJC)
SERVICES, INC.,                                               :
                                                              :
        Debtor.                                               :    Re: Docket No. 2
                                                              :
Tax I.D. No. 54-2091194                                       :
------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11
                                                              :
BASIC ENERGY                                                  :    Case No. 16-12321 (KJC)
SERVICES GP, LLC,                                             :
                                                              :
        Debtor.                                               :    Re: Docket No. 2
                                                              :
Tax I.D. No. 54-2091197                                       :
------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11
                                                              :
BASIC ENERGY                                                  :    Case No. 16–12322 (KJC)
SERVICES LP, LLC,                                             :
                                                              :
        Debtor.                                               :    Re: Docket No. 2
                                                              :
Tax I.D. No. 54-2091195                                       :
------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 11
                                                              :
BASIC ENERGY                                                  :    Case No. 16–12323 (KJC)
SERVICES, L.P.,                                               :
                                                              :
        Debtor.                                               :    Re: Docket No. 2
                                                              :
Tax I.D. No. 75-2441819                                       :
------------------------------------------------------------- x

|  |  |
|---|---|
| ------------------------------------------------------------ x | |
| In re : | Chapter 11 |
| : | |
| BASIC ESA, INC., : | Case No. 16-12324 (KJC) |
| : | |
| Debtor. : | |
| : | Re: Docket No. 2 |
| Tax I.D. No. 75-1772279 : | |
| ------------------------------------------------------------ x | |
| : | |
| In re : | Chapter 11 |
| : | |
| CHAPARRAL SERVICE, INC., : | Case No. 16-12325 (KJC) |
| : | |
| Debtor. : | |
| : | Re: Docket No. 2 |
| Tax I.D. No. 85-0206424 : | |
| ------------------------------------------------------------ x | |
| : | |
| In re : | Chapter 11 |
| : | |
| SCH DISPOSAL, L.L.C., : | Case No. 16–12326 (KJC) |
| : | |
| Debtor. : | |
| : | Re: Docket No. 2 |
| Tax I.D. No. 75-2788335 : | |
| ------------------------------------------------------------ x | |
| : | |
| In re : | Chapter 11 |
| : | |
| SLEDGE DRILLING CORP., : | Case No. 16–12327 (KJC) |
| : | |
| Debtor. : | |
| : | Re: Docket No. 2 |
| Tax I.D. No. 20-4223140 : | |
| ------------------------------------------------------------ x | |

2

RLF1 15541910V.1

```
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
ADMIRAL WELL                                            :   Case No. 16–12328 (KJC)
SERVICE, INC.,                                          :
                                                        :
        Debtor.                                         :   Re: Docket No. 2
                                                        :
Tax I.D. No. 26-3164899                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
BASIC MARINE                                            :   Case No. 16–12329 (KJC)
SERVICES, INC.,                                         :
                                                        :
        Debtor.                                         :   Re: Docket No. 2
                                                        :
Tax I.D. No. 20-2274888                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
JS ACQUISITION LLC,                                     :   Case No. 16–12330 (KJC)
                                                        :
        Debtor.                                         :
                                                        :   Re: Docket No. 2
Tax I.D. No. 26-2529500                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
PERMIAN PLAZA, LLC,                                     :   Case No. 16–12331 (KJC)
                                                        :
        Debtor.                                         :
                                                        :   Re: Docket No. 2
Tax I.D. No. 26-0753425                                 :
------------------------------------------------------- x
```

```
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
MAVERICK COIL TUBING                                    :   Case No. 16–12332 (KJC)
SERVICES, LLC,                                          :
                                                        :
          Debtor.                                       :   Re: Docket No. 2
                                                        :
Tax I.D. No. 84-1563281                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
FIRST ENERGY SERVICES                                   :   Case No. 16–12333 (KJC)
COMPANY,                                                :
                                                        :
          Debtor.                                       :   Re: Docket No. 2
                                                        :
Tax I.D. No. 84-1424993                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
JETSTAR HOLDINGS, INC.,                                 :   Case No. 16–12334 (KJC)
                                                        :
          Debtor.                                       :
                                                        :   Re: Docket No. 2
Tax I.D. No. 74-3144248                                 :
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
XTERRA FISHING &                                        :   Case No. 16–12335 (KJC)
RENTAL TOOLS CO.,                                       :
                                                        :
          Debtor.                                       :   Re: Docket No. 2
                                                        :
Tax I.D. No. 76-0647818                                 :
------------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re                                              :   Chapter 11
                                                   :
MAVERICK SOLUTIONS, LLC,                           :   Case No. 16–12336 (KJC)
                                                   :
        Debtor.                                    :
                                                   :   Re: Docket No. 2
Tax I.D. No. 20-0122876                            :
-------------------------------------------------- x
                                                   :
In re                                              :   Chapter 11
                                                   :
LEBUS OIL FIELD SERVICE CO.,                       :   Case No. 16–12337 (KJC)
                                                   :
        Debtor.                                    :
                                                   :   Re: Docket No. 2
Tax I.D. No. 75-2073125                            :
-------------------------------------------------- x
                                                   :
In re                                              :   Chapter 11
                                                   :
ACID SERVICES, LLC,                                :   Case No. 16–12338 (KJC)
                                                   :
        Debtor.                                    :
                                                   :   Re: Docket No. 2
Tax I.D. No. 48-1180455                            :
-------------------------------------------------- x
                                                   :
In re                                              :   Chapter 11
                                                   :
TAYLOR INDUSTRIES, LLC,                            :   Case No. 16-12339 (KJC)
                                                   :
        Debtor.                                    :
                                                   :   Re: Docket No. 2
Tax I.D. No. 27-2417037                            :
-------------------------------------------------- x
```

| | |
|---|---|
| ------------------------------------------------------- x : | |
| In re : | Chapter 11 |
| : | |
| MAVERICK STIMULATION : | Case No. 16–12340 (KJC) |
| COMPANY, LLC, : | |
| : | |
| Debtor. : | Re: Docket No. 2 |
| : | |
| Tax I.D. No. 84-1354572 : | |
| ------------------------------------------------------- x : | |
| In re : | Chapter 11 |
| : | |
| GLOBE WELL SERVICE, INC., : | Case No. 16–12341 (KJC) |
| : | |
| Debtor. : | |
| : | Re: Docket No. 2 |
| Tax I.D. No. 75-1634275 : | |
| ------------------------------------------------------- x : | |
| In re : | Chapter 11 |
| : | |
| JETSTAR ENERGY : | Case No. 16–12342 (KJC) |
| SERVICES, INC., : | |
| : | |
| Debtor. : | Re: Docket No. 2 |
| : | |
| Tax I.D. No. 68-0605237 : | |
| ------------------------------------------------------- x : | |
| In re : | Chapter 11 |
| : | |
| PLATINUM PRESSURE : | Case No. 16–12343 (KJC) |
| SERVICES, INC., : | |
| : | |
| Debtor. : | Re: Docket No. 2 |
| : | |
| Tax I.D. No. 26-1338379 : | |
| ------------------------------------------------------- x | |

6

---------------------------------------------------------------- x
: 
In re                                                           :   Chapter 11
                                                                : 
MAVERICK THRU-TUBING                                             :   Case No. 16–12344 (KJC)
SERVICES, LLC,                                                  : 
                                                                : 
       Debtor.                                                 :   Re: Docket No. 2
                                                                : 
Tax I.D. No. 27-1501902                                         : 
---------------------------------------------------------------- x
                                                                : 
In re                                                           :   Chapter 11
                                                                : 
MCM HOLDINGS, LLC,                                              :   Case No. 16–12345 (KJC)
                                                                : 
       Debtor.                                                 : 
                                                                :   Re: Docket No. 2
Tax I.D. No. 84-1520949                                         : 
---------------------------------------------------------------- x
                                                                : 
In re                                                           :   Chapter 11
                                                                : 
MSM LEASING, LLC,                                               :   Case No. 16–12346 (KJC)
                                                                : 
       Debtor.                                                 : 
                                                                :   Re: Docket No. 2
Tax I.D. No. 27-0629182                                         : 
---------------------------------------------------------------- x
                                                                : 
In re                                                           :   Chapter 11
                                                                : 
THE MAVERICK,                                                   :   Case No. 16–12347 (KJC)
COMPANIES, LLC                                                  : 
                                                                : 
       Debtor.                                                 :   Re: Docket No. 2
                                                                : 
Tax I.D. No. 20-5244170                                         : 
---------------------------------------------------------------- x

## ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the motion, dated October 25, 2016 (the "*Motion*"),[1] of Basic Energy Services, Inc. and its affiliated debtors, as debtors and debtors in possession (collectively, the "*Debtors*"), for an order directing joint administration of their chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "*Local Rules*"), as more fully set forth in the Motion; and upon consideration of the Johnston Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing on the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

---

[1] All capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 16-12320 (KJC).

3. Nothing contained in this order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases, the Debtors, or the Debtors' estates.

4. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------ x
                                                             :
**In re**                                                    :   **Chapter 11**
                                                             :
**BASIC ENERGY**                                             :   **Case No. 16– 12320 (KJC)**
**SERVICES, INC.,** *et al.,*                                :
                                                             :
       **Debtors.**[1]                                       :   **Jointly Administered**
                                                             :
------------------------------------------------------------ x

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Basic Energy Services, Inc. (1194); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Basic Energy Services, L.P. (1819); Basic ESA, Inc. (2279); Chaparral Service, Inc. (6424); SCH Disposal, L.L.C. (8335); Sledge Drilling Corp. (3140); Admiral Well Service, Inc. (4899); Basic Marine Services, Inc. (4888); JS Acquisition LLC (9500); Permian Plaza, LLC (3425); Maverick Coil Tubing Services, LLC (3281); First Energy Services Company (4993); JetStar Holdings, Inc. (4248); Xterra Fishing & Rental Tools Co. (7818); Maverick Solutions, LLC (2876); LeBus Oil Field Service Co. (3125); Acid Services, LLC (0455); Taylor Industries, LLC (7037); Maverick Stimulation Company, LLC (4572); Globe Well Service, Inc. (4275); JetStar Energy Services, Inc. (5237); Platinum Pressure Services, Inc. (8379); Maverick Thru-Tubing Services, LLC (1902); MCM Holdings, LLC (0949); MSM Leasing, LLC (9182); The Maverick Companies, LLC (4170). The Debtors' mailing address is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

5. A docket entry shall be made in each of the above-captioned cases (except the chapter 11 case of Basic Energy Services, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 case of Basic Energy Services GP, LLC; Basic Energy Services LP, LLC; Basic Energy

Services, L.P.; Basic ESA, Inc.; Chaparral Service, Inc.; SCH Disposal, L.L.C.; Sledge Drilling Corp.; Admiral Well Service, Inc.; Basic Marine Services, Inc.; JS Acquisition LLC; Permian Plaza, LLC; Maverick Coil Tubing Services, LLC; First Energy Services Company; JetStar Holdings, Inc.; Xterra Fishing & Rental Tools Co.; Maverick Solutions, LLC; LeBus Oil Field Service Co.; Acid Services, LLC; Taylor Industries, LLC; Maverick Stimulation Company, LLC; Globe Well Service, Inc.; JetStar Energy Services, Inc.; Platinum Pressure Services, Inc.; Maverick Thru-Tubing Services, LLC; MCM Holdings, LLC; MSM Leasing, LLC; The Maverick Companies, LLC. The docket in the chapter 11 case of Basic Energy Services, Inc., Case No. 16-12320 (KJC), should be consulted for all matters affecting this case.

6. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____Oct 26_____, 2016
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE