**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

-------------------------------------------------------x
                                                       :
**In re**                                              :        **Chapter 11**
                                                       :
**BASIC ENERGY**                                       :        **Case No. 16-12320 (KJC)**
**SERVICES, INC.,** *et al.*,                          :
                                                       :        **Jointly Administered**
            **Debtors.**[1]                            :
                                                       :        **Re: Docket Nos. 15, 16, 194 & 231**
-------------------------------------------------------x

**SECOND NOTICE OF FILING OF SUPPLEMENT
TO JOINT PREPACKAGED CHAPTER 11 PLAN OF
BASIC ENERGY SERVICES, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that on October 25, 2016 (the "***Petition Date***"), Basic Energy Services, Inc. ("***Basic Parent***") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "***Debtors***"), commenced cases under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***").  On the Petition Date, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Basic Energy Services, Inc. and Its Affiliated Debtors* [D.I. 15 and 231] (as may be amended, modified and/or supplemented, the "***Prepackaged Plan***")[2] and the *Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Basic Energy Services, Inc. and Its Affiliated Debtors* [D.I. 16].

**PLEASE TAKE FURTHER NOTICE** that the Prepackaged Plan provides, in relevant part, that the Debtors will file a plan supplement containing certain documents necessary to implement the terms of the Prepackaged Plan (the "***Plan Supplement***") not later than four Business Days before the end of the solicitation period for the Prepackaged Plan.  The end of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Basic Energy Services, Inc. (1194); Basic Energy Services GP, LLC (1197); Basic Energy Services LP, LLC (1195); Basic Energy Services, L.P. (1819); Basic ESA, Inc. (2279); Chaparral Service, Inc. (6424); SCH Disposal, L.L.C. (8335); Sledge Drilling Corp. (3140); Admiral Well Service, Inc. (4899); Basic Marine Services, Inc. (4888); JS Acquisition LLC (9500); Permian Plaza, LLC (3425); Maverick Coil Tubing Services, LLC (3281); First Energy Services Company (4993); JetStar Holdings, Inc. (4248); Xterra Fishing & Rental Tools Co. (7818); Maverick Solutions, LLC (2876); LeBus Oil Field Service Co. (3125); Acid Services, LLC (0455); Taylor Industries, LLC (7037); Maverick Stimulation Company, LLC (4572); Globe Well Service, Inc. (4275); JetStar Energy Services, Inc. (5237); Platinum Pressure Services, Inc. (8379); Maverick Thru-Tubing Services, LLC (1902); MCM Holdings, LLC (0949); MSM Leasing, LLC (9182); The Maverick Companies, LLC (4170). The Debtors' mailing address is 801 Cherry Street, Suite 2100, Fort Worth, Texas 76102.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Prepackaged Plan.

solicitation period for the Prepackaged Plan (the "***Voting Deadline***") is 5:00 p.m. (Prevailing Eastern Time) on November 29, 2016.

PLEASE TAKE FURTHER NOTICE that on November 22, 2016, the Debtors filed a Notice of Filing of Plan Supplement Documents [D.I. 194] (the "***Original Plan Supplement***") in support of the Prepackaged Plan.

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file this second plan supplement (the "***Second Plan Supplement***") in support of the Prepackaged Plan.   The Second Plan Supplement contains a revised version of each of the Exhibits denoted in the table below, which replace and supersede the prior version in the First Plan Supplement:

| Exhibit | Description | Status |
|---|---|---|
| **Exhibit A** | **Amended and Restated ABL Credit Agreement** | Revised / refiled |
| **Exhibit B** | **Amended and Restated Term Loan Agreement** | Revised / refiled |
| **Exhibit C** | **New Intercreditor Agreement** | Revised / refiled |
| **Exhibit D** | **New Convertible Notes Indenture** | Revised / refiled |
| **Exhibit E** | **Warrant Agreement** | Revised / refiled |
| **Exhibit F** | **Schedule of Retained Causes of Action** | No changes / not refiled |
| **Exhibit G** | **Schedule of Rejected Contracts** | No changes / not refiled |
| **Exhibit H** | **Management Incentive Plan** | No changes / not refiled |
| **Exhibit I** | **Registration Rights Agreement** | Revised / refiled |
| **Exhibit J** | **Amended Organizational Documents of Basic Parent** | No changes / not refiled |
| **Exhibit K** | **Directors and Officers of Reorganized Debtors and 1129(a)(5) Disclosures** | No changes / not refiled |
| **Exhibit L** | **New Common Shares Allocation Schedule** | No changes / not refiled |

PLEASE TAKE FURTHER NOTICE that attached hereto as Exhibit A1, B1, C1, D1, E1, and I1 is a blackline of each original Exhibit filed in the Original Plan Supplement marked against the version of each Exhibit attached hereto.

PLEASE TAKE FURTHER NOTICE that a combined hearing to consider compliance with disclosure and solicitation requirements and any objection thereto and to consider confirmation of the Prepackaged Plan and any objection thereto is currently scheduled for

2

**Friday, December 9, 2016 at 11:00 a.m. (Prevailing Eastern Time)**, before the Honorable Kevin J. Carey, United States Bankruptcy Judge in Room 5 of the Bankruptcy Court, 824 North Market Street, 5th Floor, Wilmington, Delaware 19801 (the "*Combined Hearing*").    The Combined Hearing may be adjourned from time to time without further notice other than by filing a notice on the Bankruptcy Court's docket indicating such adjournment and/or an announcement of the adjourned date or dates at the Combined Hearing.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the First Plan Supplement and, as the case may be, as replaced and superseded by the Second Plan Supplement (together, the "*Plan Supplements*") are integral to, and are considered part of, the Prepackaged Plan.  If the Prepackaged Plan is approved, the documents contained in the Plan Supplements will be approved by the Bankruptcy Court pursuant to the order confirming the Prepackaged Plan.

**PLEASE TAKE FURTHER NOTICE** that, as of the date hereof, the Debtors are still engaged in negotiations with their secured term loan lenders (the "*Term Loan Lenders*"), certain of their unsecured noteholders (the "*Ad Hoc Group*") and the administrative agent under that certain Amended and Restated ABL Credit Agreement (the "*ABL Facility Agent*") with respect to the terms of the documents contained in the Plan Supplement.  Consequently, the form of documents filed herewith reflects the latest draft of each document as of December 6, 2016.  Each of the Debtors, the Term Loan Lenders, the Ad Hoc Group, and the ABL Facility Agent reserves all of their rights with respect to the form of documents filed herewith, including any rights under the Restructuring Support Agreement, and such documents remain subject to review and revision in all respects.

**PLEASE TAKE FURTHER NOTICE** that copies of the exhibits contained in this Plan Supplement may be obtained (i) for a fee through the website of the Bankruptcy Court, https://ecf.deb.uscourts.gov, or (ii) free of charge through the website of the Debtors' notice, claims, and solicitation agent at http://dm.epiq11.com/BasicEnergy.

RLF1 16105182V.1

Dated: December 7, 2016
      Wilmington, Delaware

                         */s/ Brendan J. Schlauch*
                         RICHARDS, LAYTON & FINGER, P.A.
                         Daniel J. DeFranceschi (No. 2732)
                         Zachary I. Shapiro (No. 5103)
                         One Rodney Square
                         920 North King Street
                         Wilmington, Delaware 19801
                         Telephone:  (302) 651-7700
                         Facsimile:  (302) 651-7701

                         -and-

                         WEIL, GOTSHAL & MANGES LLP
                         Ray C. Schrock, P.C.
                         Ronit J. Berkovich
                         767 Fifth Avenue
                         New York, New York  10153
                         Telephone:  (212) 310-8000
                         Facsimile:  (212) 310-8007

                         *Attorneys for the Debtors*
                         *and Debtors in Possession*

4